JAMES A. DEERING, Respondent, *v.* JOHN SCHREYER et al., Appellants, Impleaded with Another.

(Submitted June 23, 1902; decided June 27, 1902.)

Motion for reargument denied, with ten dollars costs. (See 171 N. Y. 451.)

---

SARAH CLARK, Respondent, *v.* CHARLES BIRD, Appellant.

*Clark* v. *Bird*, 66 App. Div. 284, appeal dismissed.
(Submitted June 24, 1902; decided June 27, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

The motion was made on the grounds that no questions of law were involved in the appeal and that the judgment was not appealable to the Court of Appeals.

*Frank J. Hone* for motion.

*W. A. Sutherland* opposed.

Motion granted and appeal dismissed, with costs.